IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J.F., a minor, by and through her mother
and next friend, KATHRYN BECKER,

Plaintiff,

v. Case No. 1:26-cv-02610-JMR-LF

UNITED STATES OF AMERICA,

Defendant.

**ORDER**

THIS MATTER is before the Court *sua sponte*. On August 10, 2026, Plaintiff Kathryn Becker commenced this action on behalf of her minor child. Doc. 1. Both parties have filed documents that display the full name of the minor child. *See* Docs. 2–5.

The Federal Rules of Civil Procedure require that filings containing "the name of an individual known to be a minor" to include only "the minor's initials." FED. R. CIV. P. 5.2(a). The Court therefore directs the Clerk of Court to seal the following documents that contain the minor's full name:

- Document 1: Complaint, filed August 10, 2026.
- Document 3, Document 3-1: Summons and Civil Cover Sheet, filed August 11, 2026.
- Document 4: Notice of Appearance on behalf of Defendant, filed October 30, 2026.
- Document 5: Defendant's Unopposed Motion for Extension of Time to file Answer, filed October 30, 2026.

The parties are further ordered to submit replacement documents for the above filings, with the minor child identified only by initials; these documents must be emailed to the Court at

records@nmd.uscourts.gov no later than **November 19, 2026**.[1] The Summons Returned Executed (Doc. 3) should be redacted to show only the child's initials. The Clerk is then directed to replace the currently-filed documents with the modified documents on the open docket. The parties are reminded to refer to the minor child only by initials in all future filings as required by Federal Rule of Civil Procedure 5.2.

It is so ordered.

LAURA FASHING
UNITED STATES MAGISTRATE JUDGE

[1] Each party is only responsible for sending replacements of their own respective filings.